UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No. 00-2114 (MJD/JGL)

Lynda M. Robinette,

Plaintiff,

vs.

Valmont Coatings, Inc., f/k/a and d/b/a Applied Coating Technology Inc.

Defendant.

**STIPULATION, ORDER FOR JUDGMENT AND JUDGMENT FOR DISMISSAL**

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above entitled action be, and the same is hereby dismissed with prejudice and on its merits and that the parties shall apply to this Court pursuant to the provisions of this stipulation for an order that judgment be entered in accordance therewith.

STAUNTON LAW GROUP, PLLC

Kevin P. Staunton #183441
3601 Minnesota Drive
Suite 800
Edina, Minnesota 55435
(952) 921-5817
**ATTORNEYS FOR DEFENDANT**

11/2/01
Date

MILLER-O'BRIEN

Maurice W. O'Brien #130229
1208 Plymouth Building
12 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-5831
**ATTORNEYS FOR PLAINTIFF**

11/1/01
Date

NOV 16 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR JUDGMENT**

IT IS HEREBY ORDERED that the above entitled action and all of the claims between the parties as set forth in the pleadings be and the same are hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED IN ACCORDANCE WITH THIS ORDER.

Dated this 16th day of Nov., 2001

Michael J. D[illegible]

~~Jonathan Lebedoff~~
United States ~~Magistrate~~ Judge

**JUDGMENT**

In accordance with the order for judgment entered herein, it is

ORDERED AND DECREED that the above entitled action, including the claims of all of the parties as set forth in their pleadings be, and they are hereby dismissed with prejudice.

Michael J. D[illegible]

WITNESS THE HONORABLE J~~ONATHAN LEBEDOFF Magistrate~~ Judge of said Court this _____ day of ______________, 2001.

______________________
Clerk of Court