UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-2114 (MJD/JGL)

ROBINETTE,

Plaintiff,

v. ORDER

VALMONT COATING, INC.,

Defendant.

---

The Court has been advised by the parties that the above entitled action has been settled. Therefore,

IT IS ORDERED THAT, in the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: 11-27-01

Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge

NOV 27 2001
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____